IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAWRENCE MOSLEY | § |
| Petitioner, | § |
| VS. | § |
| | §   NO. 3-07-CV-0277-M |
| NATHANIEL QUARTERMAN, Director | § |
| Texas Department of Criminal Justice, | § |
| Correctional Institutions Division | § |
| Respondent. | § |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court, except that the case will be transferred to the Fifth Circuit for review of successive application for habeas relief by a three-judge panel.

SO ORDERED this 6 day of March, 2007.

UNITED STATES DISTRICT JUDGE